IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00651-BNB

LAMARCUS LEE HILLARD,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Lamarcus Lee Hillard, is a prisoner in the custody of the Federal Bureau of Prisons (BOP) who currently is incarcerated at the United States Penitentiary Administrative Maximum in Florence, Colorado.  He initiated this action by filing an "Affidavit for Declaration of Peace" with the Court on March 14, 2012.

    In an order filed on March 15, 2012, Magistrate Judge Boyd N. Boland ordered Mr. Hillard to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Hillard was directed to submit a Prisoner Complaint on the Court-approved form.  Mr. Hillard was also directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the Court-approved form and a certified copy of his prisoner's trust fund statement for the 6-month period immediately preceding the filing.  He was informed that the § 1915 motion and affidavit was only necessary if the $350.00 filing fee was not paid in advance.  The March 15 order warned Mr. Hillard that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Hillard has not communicated with the Court since March 14, 2012. Therefore, Mr. Hillard has failed within the time allowed to cure the designated deficiencies, and this action will be dismissed.

In addition, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Lamarcus Lee Hillard, to comply with the order to cure dated March 14, 2012. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  23rd  day of     April     , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court