IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00651-LTB

LAMARCUS LEE HILLARD,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The "Motion for Emergency Hearing for Holy Divine Documents" filed by Plaintiff on July 18, 2012 [ECF No. 8] is DENIED as moot.  This case was dismissed without prejudice by order and judgment dated April 23, 2012.  Plaintiff may seek to file a new action if he desires, but he may not seek any relief in this closed case.

    Dated:  July 19, 2012